IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-CV-01190-BNB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2006

GREGORY C. LANGHAM
                    CLERK

CLOVIS CARL GREEN,

    Plaintiff,

v.

JAMES E. ABBOTT, et al.,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DISMISSING THE ACTION

---

Plaintiff Clovis Carl Green, Jr., is a prisoner in the custody of the Colorado Department of Corrections at the Colorado Territorial Correctional Facility in Cañon City, Colorado. Mr. Green has submitted to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a certified copy of his trust fund account statement, a document titled "Petition Pursuant to Court Order Seeking Leave to File a Pro Se Action," and a motion titled "Motion for Special Court Permission for the Plaintiff to Proceed in This Court In Forma Pauperis, and for Court Order to Order the Defendant Prison Officials to Make Photocopies of the # [sic] 1983 Civil Rights Complaint and Any Pre-Trial Motions and Pleadings Without Limitation as to Pages or Number of Copies." For the reasons stated below, the action will be dismissed.

Mr. Green has been permanently enjoined from filing any *pro se* civil complaints in this Court without first obtaining leave of court to proceed *pro se*. See Modified Appendix B in **Green v. Price**, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). In order to obtain permission to proceed *pro se*, Mr. Green must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" that includes the information specified in the sanction order. Although Mr. Green has filed a document titled "Petition Pursuant to Court Order Seeking Leave to File a Pro Se Action," he fails to include in the petition the information required by Modified Appendix B. He also failed to submit, as required by Modified Appendix B, an affidavit in proper legal form and a complaint listing the claim or claims he seeks to file in this Court. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the action is dismissed without prejudice because Plaintiff has failed to comply with the order enjoining him from filing *pro se* actions. It is

FURTHER ORDERED that the pending motions are denied as moot. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 20 day of June, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 01190 -BNB

Clovis Carl Green
Reg. No. 69277
CTCF
P.O. Box 1010
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on   6-21-06

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk